# EXHIBIT "B"

| WRIT OF EXECUTION ON MONEY JUDGMENT AND POSSESSION OF NON-DWELLING | CIVIL DOCKET NUMBER<br><br>0453SU0050 | Trial Court of Massachusetts<br>District Court Department  |
|---|---|---|
| PLAINTIFF(S)<br>Cummings Properties LLC<br><br>VS.<br><br>DEFENDANT(S)<br><br>Gregory R Buxton | | COURT DIVISION<br><br>Woburn District Court<br>30 Pleasant Street<br>Woburn, Ma. 01801-4125 |

**WRIT OF EXECUTION ON MONEY JUDGMENT AND FOR POSSESSION OF PREMISES**
**NOT LEASED OR RENTED AS A DWELLING**

To the Sheriffs of the several counties of the Commonwealth or their deputies, or any Constable of any city or town within the Commonwealth:

The plaintiff named above has recovered judgment against the defendant in the amounts shown below and has also recovered judgment for possession of the premises shown below.

WE COMMAND you, therefore, to cause payment to be made to the plaintiff in the amount of the judgment total shown below, plus postjudgment interest thereon until the date of payment as provided by G.L. 235, s.8, and to collect your own fees as provided by law, from out of the value of any real or personal property of the defendant found within your territorial jurisdiction.

WE ALSO COMMAND you to cause the plaintiff to have possession of the premises shown below without delay.

This execution is valid for twenty years from the date of judgment. It must be returned to the court along with your return of service within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

LOCATION OF PREMISES:
346 West Cummings Park, Woburn, MA

DATE OF ENTRY OF JUDGMENT: ___May 7, 2004___

| DAMAGES<br><br>$84,365.47 | INTEREST FROM DATE OF JUDGMENT ENTRY TO DATE OF EXECUTION | $ interest |
|---|---|---|
| PLUS COSTS<br><br>$ | Judgment total<br><br>$84,365.47 | EXECUTION TOTAL<br><br>$84,365.47 |

| FIRST JUSTICE<br>WITNESS: Marie O. Jackson-Thompson | DATE OF ISSUE<br>5/7/04 | CLERK-MAGISTRATE OR ASSISTANT CLERK<br>*[signature]* |
|---|---|---|
| OFFICER'S RETURN<br>Fees _____<br>_____<br>_____<br>TOTAL FEES _____ | DATE OF SERVICE | <br><br><br>SIGNATURE OF OFFICER |