# EXHIBIT "C"

Case 1:04-cv-12211-NG   Document 1-5   Filed 10/21/2004   Page 1 of 2

# INDEMNIFICATION AGREEMENT

This Indemnification Agreement is made effective as of the 20th day of August 2002 by Archer Telecommunications of Boston, Inc.("Archer").

Archer recognizes that Mr. Greg Buxton executed that certain Commercial Lease ("Lease") for the lease of certain premises located at 346 West Cummings Park, Woburn, Massachusetts for use by Archer in its business. Archer and its principals agreed prior to the execution of the lease that the Lease would be assigned to Archer and that, in any event, any and all liability for lease payments or other obligations under the Lease would be the sole responsibility of Archer.

For the foregoing reasons, Archer hereby agrees to indemnify, defend and save harmless Mr. Gregory Buxton, his heirs and assigns, from any and all claims, demands, suit actions, proceedings, loss, costs and damages of every kind and description, including any attorney fees and/or litigation expenses, which may be brought or made against or incurred by Mr. Buxton on account of or related to the Lease, it being further provided that Archer shall have the right to defend any such action with such qualified legal counsel or other representative(s) of its own choosing in its sole discretion.

Dated: March 15, 2004

Archer Telecommunications of Boston, Inc.

By: _____

Its: DIRECTOR, LEGAL AFFAIRS