# EXHIBIT "D"

## ASSIGNMENT OF CLAIM

For value received, I, Gregory R. Buxton, hereby assign to Cummings Properties, LLC any all rights and claims that I have against Archer Telecommunications of Boston, Inc. arising out of an Indemnification Agreement dated March 15, 2004.

I agree that any amounts recovered from Archer Telecommunications of Boston, Inc. shall be applied to my obligations to Cummings Properties, LLC.

I hereby represent that the said sum of $84,365.47 is due and owing to Cummings Properties, LLC from me without setoff or defense and that I have not engaged in any conduct and will not engage in any conduct which will discharge said debt or to hinder the enforcement thereof.

I hereby covenant that I will, at the request of the Assignee, perform and execute such further acts as shall be reasonably required to effectuate the purpose of this Assignment.

Dated: October 14, 2004

Gregory R. Buxton