UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12211 NG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CUMMINGS PROPERTIES, LLC,**

    **Plaintiff**

VS.

**ARCHER TELECOMMUNICATIONS OF BOSTON, INC.,**

    **Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO AMEND COMPLAINT**

  Now comes the Plaintiff, Cummings Properties, LLC, a corporation duly organized by law and having its usual place of business in Woburn, Massachusetts, and hereby moves this Honorable Court to permit the Plaintiff to amend its Complaint once as a matter of course as permitted by Federal Rule 15(a) of Civil Procedure to:

1. Change Defendant's principal place of business to "42-11 Bell Boulevard, Bayside, New York 11361."

Date: 3/7/05

Respectfully submitted,
Cummings Properties, LLC,
By its attorneys,
Cohn & Dussi, LLC,

John J. Dussi, Esq., BBO#546355
25 Burlington Mall Road, Sixth Floor
Burlington, MA 01803
(781) 494-0200

1